| | | | |
|---|---|---|---|
| State v. Allen | 111,919 | Denied ............ 10/07/2015 | Unpublished |
| State v. Allen | 110,353 | Denied ............ 07/22/2015 | Unpublished |
| State v. Alley | 110,338 | Denied ............ 07/22/2015 | Unpublished |
| State v. Alvarado | 108,458 | Denied ............ 09/14/2015 | Unpublished |
| State v. Alvarez | 109,675 | Denied ............ 07/24/2015 | Unpublished |
| State v. Alvidrez | 109,528 | Denied ............ 07/21/2015 | Unpublished |
| State v. Amack | 111,136 | Denied ............ 10/09/2015 | Unpublished |
| State v. Anderson | 110,915 | Denied ............ 07/21/2015 | Unpublished |
| State v. Andrews | 108,954 | Denied ............ 06/29/2015 | Unpublished |
| State v. Araujo-Gutierrez | 110,684 | Denied ............ 07/22/2015 | Unpublished |
| State v. Arculeo | 110,974 | Denied ............ 08/20/2015 | Unpublished |
| State v. Arinwine | 112,163 | Denied ............ 10/09/2015 | Unpublished |
| State v. Avila | 110,597 | Denied ............ 08/20/2015 | Unpublished |
| State v. Bailey | 110,583 | Denied ............ 07/27/2015 | Unpublished |
| State v. Baker | 112,297 | Denied ............ 09/23/2015 | Unpublished |
| State v. Barrera | 111,152 | | |
| | 111,153 | Denied ............ 10/07/2015 | Unpublished |
| State v. Barry | 110,858 | Denied ............ 10/07/2015 | Unpublished |
| State v. Baskas | 109,760 | Denied ............ 07/21/2015 | Unpublished |
| State v. Beason | 110,606 | Denied ............ 07/21/2015 | Unpublished |
| State v. Beck | 109,657 | Denied ............ 07/21/2015 | Unpublished |
| State v. Beddingfield | 110,842 | Denied ............ 07/22/2015 | Unpublished |
| State v. Bell | 111,063 | Denied ............ 09/23/2015 | Unpublished |
| State v. Belone | 109,742 | Denied ............ 09/14/2015 | 51 Kan. App. 2d 179 |
| State v. Beltran | 111,677 | Denied ............ 09/14/2015 | Unpublished |
| State v. Bennett | 109,669 | Denied ............ 07/24/2015 | Unpublished |
| State v. Benson | 110,237 | Denied ............ 07/21/2015 | Unpublished |
| State v. Bevins | 111,711 | Denied ............ 07/22/2015 | Unpublished |
| State v. Billings | 109,726 | Denied ............ 07/22/2015 | Unpublished |
| State v. Bishop | 111,068 | Denied ............ 07/27/2015 | Unpublished |
| State v. Blacklock | 107,466 | Denied ............ 06/29/2015 | Unpublished |
| State v. Blackston | 109,684 | Denied ............ 08/04/2015 | Unpublished |
| State v. Blessman | 110,408 | Denied ............ 07/24/2015 | Unpublished |
| State v. Blunck | 108,507 | Denied ............ 08/20/2015 | Unpublished |
| State v. Bowser | 107,692 | Denied ............ 10/07/2015 | Unpublished |
| State v. Box | 110,491 | Denied ............ 07/21/2015 | Unpublished |
| State v. Boyle | 110,981 | Denied ............ 10/07/2015 | Unpublished |
| State v. Brannan | 111,147 | Denied ............ 07/22/2015 | Unpublished |
| State v. Brisco | 112,644 | Denied ............ 07/24/2015 | Unpublished |
| State v. Brown | 111,052 | Denied ............ 10/07/2015 | Unpublished |
| State v. Brown | 110,693 | Denied ............ 07/22/2015 | Unpublished |
| State v. Brown | 110,469 | Denied ............ 10/09/2015 | Unpublished |
| State v. Brown | 110,488 | Denied ............ 09/23/2015 | Unpublished |
| State v. Brown | 109,816 | Denied ............ 08/20/2015 | Unpublished |
| State v. Brown | 110,875 | Denied ............ 07/22/2015 | Unpublished |
| State v. Bryant | 110,580 | Denied ............ 07/27/2015 | Unpublished |
| State v. Bunch | 112,651 | Denied ............ 09/08/2015 | Unpublished |
| State v. Burch | 111,351 | Denied ............ 09/14/2015 | Unpublished |